**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO**. **22-81284-CIV-CANNON/Reinhart**

**DICTER PINEDA**,
**MILAGROS LOPEZ FARINAS**, and
**MIGUEL TORAL**.

      Plaintiffs,

v.

**TLC SOLUTIONS OF FLORIDA, INC.**, and
**MELODY MEZA**,

      Defendants.

_____/

**ORDER GRANTING SECOND JOINT MOTION**
**TO APPROVE SETTLEMENT AGREEMENT**

**THIS CAUSE** comes before the Court upon the parties' Second Joint Motion to Approve Settlement Agreement and Dismissal with Prejudice (the "Joint Motion") [ECF No. 35], filed on December 7, 2022. The parties have settled this case, filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and seek the Court's approval of the Settlement Agreement [ECF No. 35 pp. 5–12].

After carefully considering the Joint Motion, the Settlement Agreement, the record, and the applicable law, the Court finds that the proposed settlement of this case is a fair and reasonable resolution of a bona fide dispute over the FLSA's provisions, and that the requested fees are fair, reasonable and not grossly excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [ECF No. 35] is **GRANTED**.

2. The Settlement Agreement and Release between Plaintiffs and Defendants, which has been duly filed with the Court [ECF No. 35 pp. 5–12], is **APPROVED**.

CASE NO. 22-81284-CIV-CANNON/Reinhart

3.  This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys'

fees and costs, except as otherwise agreed to by the parties.

4.  All pending motions are **DENIED AS MOOT**.

5.  The Clerk of Court shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 8th day of December

2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2